U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 8 2005

ROBERT H. SHEMWELL, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MILTON RILEY

versus

PAM TOWERY, ET AL.

CIVIL ACTION NO. 03-0399

JUDGE HICKS - SEC P

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 25)** be **GRANTED,** and that Plaintiff's complaint be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that, in light of the Court's ruling on the motion for summary judgment (Doc. 25), Plaintiff's **"Motion for Continuance" (Doc. 32)** and **"Motion to Set Hearing Date on Summary Judgment and Daubert Hearing and Motion for Appointment of Inmate Counsel Substitute" (Doc. 33)** are **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 28th day of July, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE